UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JENNIFER SANTOS, individually,
    Plaintiff,

v.

ARS NATIONAL SERVICES INC.,
a foreign corporation,                             **JURY DEMAND**

    Defendant.
_____/

## COMPLAINT

1. Plaintiff JENNIFER SANTOS alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. (the "FDCPA") against Defendant ARS NATIONAL SERVICES INC.

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d), as this is a civil action arising under the laws of the United States.

3. This Court has personal jurisdiction over the Defendant because the correspondence forming the basis of this action were sent by the Defendant into this District, and because Defendant conducts business in this District by regularly placing telephone calls, sending mail, and transacting with alleged debtors in this District.

4. Venue in this District is proper because the Plaintiff resides here and received letters from Defendant within this District.

## PARTIES

5. Plaintiff JENNIFER SANTOS is a natural person and a citizen of the State of Florida, residing in Miami-Dade County, Florida.

6. Defendant ARS NATIONAL SERVICES INC. ("ARS National") is a debt collector that operates from offices located at 201 W. Grand Ave., Escondido, CA 92025; Plaintiff further alleges that ARS National is a citizen of the State of California.

7. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of consumer debts.

8. Defendant regularly collects or attempts to collect consumer debts for other persons.

9. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692(a)(6).

## FACTUAL ALLEGATIONS

10. Plaintiff previously incurred a debt to Comenity Bank in connection with a personal Victoria's Secret® store credit card.

11. Defendant ARS National was subsequently engaged to attempt to collect the aforementioned debt.

12. On February 3, 2015, Defendant sent a dunning letter to the Plaintiff demanding payment of the aforementioned debt. A true and correct copy of the Defendant's February 3, 2015 dunning letter is attached hereto and incorporated herein as Exhibit A.

13. On February 23, 2015, the Plaintiff sent a certified letter to the Defendant disputing the aforementioned debt, requesting validation of the same, and demanding that the Defendant cease and desist from further communication after providing the requested validation. A true and correct copy of the Plaintiff's letter is attached hereto and incorporated herein as Exhibit B.

14. On February 28, 2015, ARS National received the Plaintiff's letter as evidenced by the domestic return receipt returned in connection with the certified letter sent by Plaintiff. A

15. On March 2, 2015, ARS National responded to Plaintiff's letter with a letter confirming receipt, and providing an alleged validation of Plaintiff's indebtedness. A true and correct copy of this letter is attached hereto as Exhibit D.

true and correct copy of the certified mail receipt and return receipt is attached hereto and incorporated herein as Exhibit C.

16. On March 25, 2015 despite Plaintiff's letter advising the Defendant to cease further contact, the Defendant sent another dunning letter to the Plaintiff. A true and correct copy of this letter is attached hereto as Exhibit E.

## COUNT I
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

17. Plaintiff incorporates paragraphs 1 through 16 herein.

18. Defendant violated the FDCPA by continuing to communicate with the Plaintiff after being advised in writing to cease communicating, in violation of 15 U.S.C. § 1692c(c).

WHEREFORE, Plaintiff JENNIFER SANTOS requests that the Court enter judgment in favor of Plaintiff and against Defendant ARS NATIONAL SERVICES INC. for:

a. actual damages;

b. statutory damages of $1,000.00;

c. attorney's fees, litigation expenses, and costs of the instant suit, and;

d. such other or further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this 13th day of April, 2015.

BRET L. LUSSKIN, Esq.
*Attorney for Plaintiff*
20803 Biscayne Blvd., Ste 302

3

        Aventura, Florida 33180
        Telephone: (954) 454-5841
        Facsimile: (954) 454-5844
        blusskin@lusskinlaw.com

By: /s/ Bret L. Lusskin, Esq.
     Bret L. Lusskin, Esq.
     Florida Bar No. 28069